**WITTINGHAM**

v.

**TNE LTD**

20160805

Supreme Court of Utah.

01-30-2017

20140751

380 P.3d 397

Petition for Writ of Certiorari Granted.

**STATE**

v.

**LEGG**

20160810

Supreme Court of Utah.

01-31-2017

20140716

380 P.3d 360

Petition for Writ of Certiorari Granted.

**COLOSIMO**

v.

**GATEWAY CO.**

20160838

Supreme Court of Utah.

01-07-2017

20140852

382 P.3d 667

Petition for Writ of Certiorari Granted.

**STATE**

v.

**SANCHEZ**

20160891

Supreme Court of Utah.

02-07-2017

20140749

380 P.3d 375

Petition for Writ of Certiorari Granted.